EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Partido Nuevo Progresista<br><br>    Peticionario<br><br>              v.<br><br>Hon. Héctor J. Conty Pérez,<br>Presidente de la Comisión<br>Estatal de Elecciones de<br>Puerto Rico; Comisión Estatal<br>De Elecciones de Puerto Rico;<br>Partido Popular Democrático<br><br>    Recurridos | 2012 TSPR 71<br><br>185 DPR ____ |

Número del Caso: CT-2012-4

Fecha: 13 abril 2012

Abogados de la Parte Peticionaria:

> Lcdo. Eric R. Ronda del Toro
> Lcdo. Juan B. Soto Balbas
> Lcdo. Claudio Aliff Ortiz

Abogados de la Parte Recurrida:
Partido Popular Democrático

> Lcdo. Pedro E. Ortíz Alvarez
> Lcdo. Jorge Martínez Luciano
> Lcdo. Pedro R. Ortíz Cortés
> Lcdo. Guillermo San Antonio Acha

Abogado de la Parte Recurrida:
Comisión Estatal de Elecciones

> Lcdo. José L. Nieto Mingo

Materia: Certificación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Partido Nuevo Progresista

    Peticionario

       v.

Hon. Héctor J. Conty Pérez,
Presidente de la Comisión
Estatal de Elecciones de
Puerto Rico; Comisión Estatal
de Elecciones de Puerto Rico;
Partido Popular Democrático

    Recurridos

CT-2012-004

## SENTENCIA

En San Juan, Puerto Rico, a 13 de abril de 2012.

Vista la Estipulación sometida por las partes, la cual se hace formar parte de esta Sentencia como su Anejo 1, este Tribunal acoge y aprueba la misma a todos los fines legales pertinentes y ordena su fiel y estricto cumplimiento.

Como resultado de lo anterior, se deja sin efecto la paralización del Escrutinio General dictada mediante nuestra Resolución del 3 de abril de 2012 y se ordena la remisión del Mandato al Tribunal de Primera Instancia inmediatamente.

Notifíquese inmediatamente por teléfono, por fax y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

| | |
|---|---|
| **PARTIDO NUEVO PROGRESISTA**<br><br>Peticionario<br><br><br><br>V.<br><br><br><br>**HON. HÉCTOR CONTY, PRESIDENTE COMISIÓN ESTATAL DE ELECCIONES DE PUERTO RICO; PARTIDO POPULAR DEMOCRÁTICO**<br><br>Recurridos | Núm. Caso Tribunal Supremo<br><br>CT-2012-0004<br><br>Recurso de Certificación Procedente del Tribunal de Primera Instancia Sala Superior de San Juan<br><br>Civil Núm. KPE 2012-1190 (905)<br><br>Sobre:<br><br>Escrutinio General Primarias del 18 de Marzo de 2012 |

## ESTIPULACIÓN

AL HONORABLE TRIBUNAL:

Comparecen, la parte Peticionaria, Partido Nuevo Progresista ("PNP"), y las Recurridas, Comisión Estatal de Elecciones ("CEE") y Partido Popular Democrático ("PPD"), representadas por los abogados que suscriben, y muy respetuosamente exponen, alegan y solicitan:

Durante la vista oral celebrada el 11 de abril de 2011, este Honorable Tribunal le concedió a las partes hasta las 12:00 del medio día del viernes 13 de abril de 2012 para informar si habían podido llegar a un acuerdo que pusiera fin a la controversia planteada en el caso de epígrafe.

Las partes tuvieron la oportunidad de reunirse el 12 de abril de 2012 y llegaron a los acuerdos que se exponen en la presente estipulación.

1.   Los funcionarios de los Partidos Políticos, del Presidente de la Comisió Estatal de Elecciones (CEE) y observadores del Partido Independentist: Puertorriqueño (PIP) tendrán ante sí las listas de votación de las primaria firmadas para ser contabilizadas y verificadas.

2.   La lista de votación de la Primaria de cada Partido Político estará e posesión del Partido que lleva a cabo el escrutinio, visible a todos lo: funcionarios y observadores y a una distancia ya establecida que permit: contar y observar la firma. El funcionario de la oposición estará ubicado e una posición en la mesa de escrutinio según el diagrama estipulado y que s hace formar parte de este acuerdo de forma que le permita visibilidad sobr esta.

3.   En aquellos casos en que como parte de los trabajos de las mesas surjai discrepancias entre el número de electores según la lista de votantes y lo: cuadres de actas de colegio o de unidad, si después de agotados lo: recursos disponibles para resolver el descuadre (acta de incidencias, hoja d asistencia de funcionarios, papeletas protestadas, recusadas, en blanco, añadidos a mano) persiste el descuadre, se procederá con el recuento de la: papeletas del cargo afectado conforme la Regla 118 del Reglamento par: las Elecciones Generales y Escrutinio General de 2008, aprobado el 7 d julio de 2008, según aplique.

4.   Durante el proceso de contar las firmas se preservará la confidencialidad d los nombres de los electores y los funcionarios de colegio. A estos fines, s proveerá una cartulina para ocultar los nombres y datos personales de elector.   Cuando se identifique alguna irregularidad en las firmas, est: situación pasará a los funcionarios designados para evaluar este tipo d situación y éstos podrán referir el asunto a la Sub-Comisión Especial.

5.   Durante el escrutinio general no se tomarán fotos ni notas de la lista de votación de electores.

6.   Se comenzará el escrutinio con el Precinto 001 y hasta el Precinto 110.

7. Una vez se confeccione el Acta corregida y firmada, se entregará una cop[ia] cada una de las Partes y pasará a las mesas de Control de Actas, Entrad[a] Datos (OSIPE) y Estadísticas de cada partido.

8. Cualquier controversia que surja en el proceso del escrutinio no contempl[a] en este acuerdo, se atenderá de conformidad con la Resolución CEE-RS-21 emitida por el Presidente de la CEE de 27 de marzo de 2012.

POR TODO LO CUAL, las partes solicitan que este Honorable Tribunal to[me] conocimiento de los acuerdos contenidos en la presente estipulación y dicte senten[cia] de conformidad con la misma.

**RESPETUOSAMENTE SOMETIDO.**

En San Juan, Puerto Rico hoy 12 de abril de 2012.

**ÉRIC R. RONDA DEL TORO**
**RUA 7664**

Mercado, Soto, Ronda, Amundaray & Pascual, PSC,
Apartado Postal 9023980
San Juan, PR 00902-3980
eronda@mercadosotolaw.com
jsoto@mercadosotolaw.com

**CLAUDIO ALIFF ORTIZ**
**RUA 8771**

**ALB PLAZA**
Villa Clementina
#16 Carr. 199
Guaynabo, P.R. 00969
califf@alblegal.net
claudioaliff@hotmail.com

**ABOGADOS DEL PARTIDO NUEVO PROGRESISTA**

JOSÉ L. NIETO MINGO
RUA 9451

**NIETO LAW OFFICES**
District View Plaza
Suite 301
644 Fernández Juncos Avenue,
San Juan, Puerto Rico 00907-3122
Tel. (787) 520-6064
Cel. (787) 667-2968
Fax (787) 919-7319
E-Mail: josel_nieto2000@yahoo.com

**ABOGADO DE LA COMISIÓN ESTATAL DE ELECCIONES**

PEDRO E. ORTIZ ÁLVAREZ
RUA 4680

Pedro E. Ortiz Álvarez, LLC,
PO Box 9009, Ponce, P.R. 00732-9009.
pedro@poalaw.com

**GUILLERMO SAN ANTONIO ACHA**
**RUA 12,971**

**GSA LAW, L.L.C.**
PO Box 363505
San Juan, P.R. 00936-3505
gsanlaw@gmail.com

**ABOGADOS DEL PARTIDO POPULAR DEMOCRÁTICO**

Exento del pago de Derechos y Costas Judiciales
Artículo 4.004 del Código Electoral de Puerto Rico para el Siglo XXI

# REPRESENTACIÓN GRÁFICA DE LAS MESAS DE ESCRUTINIO
## MESA - PARTIDO NUEVO PROGRESISTA

COMISION ESTATAL DE ELECCIONES
ESTADO LIBRE ASOCIADO DE PUERTO RICO



Funcionario
Presidencia (PNP)

Funcionario
(PNP)

Observador   Funcionario

COMISION ESTATAL DE ELECCIONES
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# REPRESENTACIÓN GRÁFICA DE LAS MESAS DE ESCRUTINIO
## MESA - PARTIDO POPULAR DEMOCRÁTICO



Funcionario
Presidencia (PPD)

Funcionario
(PPD)

Observador  Funcionario